

Reshma Khanna | Associate
Direct 646.292.8765 | rkhanna@goldbergsegalla.com

May 15, 2019

**VIA ELECTRONIC FILING**

The Honorable Judge Alison J. Nathan
U.S. District Court Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    **De La Rosa v. Aspenly Co. LLC et al.,**
             **Case No.: 1:18-cv-03456**

Dear Honorable Judge Nathan:

    This law firm represents Defendant Aspenly Co. LLC ("Defendant") in the above referenced matter. Defendant Aspenly Co. LLC requests an adjournment of the post discovery status conference currently scheduled for May 17, 2019. Plaintiff and Defendant Pure Green NYC 8th Street Corp. consent to the application to adjourn the May 17, 2019 conference. Counsel for Aspenly Co. LLC has a scheduling conflict with the May 17, 2019 conference. This is the third request for an adjournment. The parties previously requested adjournments due to the mediation that took place on May 9, 2019, and are currently waiting on a mediator's proposal. The parties are available on June 7, 2019, June 21, 2019 and July 19, 2019.

    Thank you for your consideration.

                                Kindest regards,

                                Reshma Khanna, Esq.

VIA ECF: All Counsel

711 3rd Avenue, Suite 1900 | New York, NY 10017 | 646.292.8700 | Fax 716.566.5402 | **www.GoldbergSegalla.com**
NEW YORK | ILLINOIS | FLORIDA | MARYLAND | MISSOURI | NORTH CAROLINA | PENNSYLVANIA | NEW JERSEY | CONNECTICUT | UNITED KINGDOM

22964179.v1