

**MEMO ENDORSED**

Reshma Khanna | Associate
Direct 646.292.8765 | rkhanna@goldbergsegalla.com

September 24, 2019

**VIA ELECTRONIC FILING**

The Honorable Judge Gabriel W. Gorenstein
United States Magistrate Judge
Chief U.S. Magistrate Judge
U.S. District Court Southern District of New York
500 Pearl St., Courtroom 6B
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/19
```

Re: De La Rosa v. Aspenly Co. LLC et al.,
Case No.: 1:18-cv-03456

Dear Honorable Judge Gorenstein:

This law firm represents Defendant Aspenly Co. LLC ("Defendant") in the above referenced matter. On September 12, 2019, Your Honor ordered the parties to a settlement conference for Friday, October 11, 2019. Unfortunately, counsel for Defendant Aspenly Co. LLC will be out of state on October 11, 2019. With Plaintiff and Defendant Pure Green NYC 8th Street Corp.'s consent, the parties are available and request to adjourn the settlement conference ~~through~~ to November 26, 2019. at 10:00 am. Submissions due November 20, 2019

Thank you for your consideration.

Kindest regards,

*Reshma Khanna*

Reshma Khanna, Esq.

SO ORDERED. DATE: 9/25/19

*/s/ Gabriel W. Gorenstein*
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

VIA ECF: All Counsel

---

Please send mail to our scanning center at: PO Box 880, Buffalo, NY 14201

Office Location: 711 3rd Avenue, Suite 1900, New York, NY 10017 | 646.292.8700 | Fax: 646.292.8701 | www.goldbergsegalla.com
CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA | UNITED KINGDOM

24125732.v1