UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dedra De La Rosa,

              Plaintiff,

—v—

Aspenly Co., LLC *et al.*,

              Defendants.

NOV 2 0 2019

18-cv-3456 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A status conference in this matter is hereby scheduled for December 20, 2019 at 3:15 p.m. One week in advance of the conference, the parties should submit a joint letter proposing: (a) a deadline for the submission of a joint final pre-trial order pursuant to Rule 5.A of the undersigned's Individual Practices in Civil Cases, and (b) potential trial dates.

    SO ORDERED.

Dated: November 20, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge