# LEVIN-EPSTEIN & ASSOCIATES, P.C.

One Penn Plaza • Suite 2527 • New York, New York 10119
T: 212.792-0046 • F: 212.561.7108
E: Joshua@levinepstein.com

December 13, 2019

DEC 1 8 2019

*Via Electronic Filing*
The Honorable Judge Alison J. Nathan
U.S. District Court Southern District of New York
40 Foley Square
New York, New York 10007

      **Re:**    *De La Rosa v. Aspenly Co. LLC et al,*
            Case No.: 1:18-cv-03456

Dear Honorable Judge Nathan:

      This law firm represents Defendant Pure Green NYC 8th Street Corp (the "**Defendant**") in the above-referenced matter.

      Pursuant to Your Honor's Individual Motion Practices, this letter respectfully serves as a request to adjourn the Status Conference currently scheduled for December 20, 2019 at 3:15 p.m., as well as an extension of time to file the corresponding joint pre-trial order, until Defendant's application for a permanent ramp with the NYC DOB has been processed.

      This is the first request for an adjournment of the Status Conference and extension of time to file the corresponding joint pre-trial order. This letter is submitted on consent of Defendant Aspenly Co. LLC. Plaintiff's counsel did not communicate whether they consented, or objected to this request.

      The basis of this request is that Defendant's is waiting on its expert witness to provide a status update regarding certain remediations regarding the subject premises. Specifically, Defendant will be filing an application for a permanent ramp with the NYC DOB. This application would be dispositive of Plaintiff's claims.

      In light of the foregoing, Defendant respectfully requests an adjournment an adjournment of the Status Conference currently scheduled for December 20, 2019 at 3:15 p.m., as well as an extension of time to file the corresponding joint pre-trial order, until Defendant's application for a permanent ramp with the NYC DOB has been processed.

      Thank you, in advance, for your time and attention to this matter.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Joshua D. Levin-Epstein*
      Joshua D. Levin-Epstein, Esq.
      1 Penn Plaza, Suite 2527
      New York, New York 10119
      Tel. No.: (212) 792-0046
      Email: joshua@levinepstein.com
      *Attorneys for Defendant* Pure Green NYC 8th Street Corp.

> The request to adjourn the December 20, 2019 conference is denied. The parties should be prepared to discuss setting a schedule for the joint pre-trial order and trial at the conference.
> SO ORDERED.

VIA ECF: All Counsel

SO ORDERED: 12/16/19

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE