UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dedra De La Rosa,

        Plaintiff,

—v—

Pure Green NYC 8th Street Corp., *et al.*,

        Defendants.



18-cv-3456 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

As discussed at the December 20, 2019 status conference, trial is set for three days beginning on May 11, 2020. Motions *in limine* and the joint final pre-trial order are due by February 14, 2020. Oppositions, if any shall be filed by February 28, 2020, and replies, if any, shall be filed by March 6, 2020. A final pre-trial conference is scheduled for May 1, 2020 at 11 a.m.

Furthermore, based on the representations of counsel for Defendant Pure Green NYC 8th Street Corp. and the nonappearance of Defendant Aspenly Co. LLC, the Court hereby dismisses all remaining cross-claims in this case.

    SO ORDERED.

Dated: December 23, 2019
       New York, New York

                                        ALISON J. NATHAN
                                        United States District Judge