UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x  **Docket No. 1:18-cv-03456**
DEDRA DE LA ROSA                                                           **(AJN)(GWG)**
                          Plaintiff,

              v.                                                  **STIPULATION AND**
                                                                 **ORDER OF DISMISSAL AS**
ASPENLY CO. LLC AND PURE GREEN NYC 8TH                                     **AGAINST DEFENDANT**
STREET CORP                                                                **ASPENLY CO. LLC ONLY**

                         Defendants.
------------------------------------------------------------------------x

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the respective parties in the above-captioned action, and that no party is an infant or incompetent, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or could have been asserted in this action as against defendant ASPENLY CO. LLC only are hereby dismissed with prejudice.

Dated: December 18, 2019
       New York, New York

**PARKER HANSKI LLC**                                   **GOLDBERG SEGALLA**

By: _____                             By: _____
    Glen Parker, Esq.                                     Reshma Khanna, Esq.
    Attorneys for Plaintiff                                Attorneys for Defendant
    40 Worth Street, 10th Floor                            Aspenly Co. LLC
    New York, New York 10013                               711 3rd Avenue, Suite 1900
    ghp@parkerhanski.com                                   New York, NY 10017
                                                           rkhanna@goldbergsegalla.com

**SO ORDERED**: _____
                 **ALISON J. NATHAN, U.S.D.J.**