UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dedra De La Rosa,

    Plaintiff,

—v—

Pure Green NYC 8th Street Corp,

    Defendant.

FEB 2 1 2020

18-cv-3456 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

In advance of trial, the parties filed their Joint Pre-Trial Report on February 14, 2020. Dkt. No. 79. However, they did not file their joint request to charge, joint proposed verdict forms, and joint proposed *voir dire* questions, nor did they file their exhibits on the ECF. They also failed to submit courtesy copies of these materials as well courtesy copies of the Joint Pre-Trial Report. Pursuant to Individual Rules 6.D, 6.E, and 6.G, these materials were due at the time the Joint Pre-Trial Report was filed. The Court extends the deadline to submit joint request to charge, joint proposed verdict forms, joint proposed *voir dire* questions, exhibits, and courtesy copies to March 12, 2020. The parties are admonished to strictly follow the Court's deadlines. SO ORDERED.

Dated: February ___, 2020
    New York, New York

_____
ALISON J. NATHAN
United States District Judge