UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 10 2020

Dedra De La Rosa,

    Plaintiff,

–v–

Pure Green NYC 8th Street Corp,

    Defendant.

18-cv-3456 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On March 5, 2020, the S.D.N.Y. mediation office reported to this Court that the mediation in this case scheduled for that day was not held "as one or both parties failed, refused to attend, or refused to participate in the mediation." Within one week of the date of this Order, the parties are hereby ordered to explain why the mediation was not held.

SO ORDERED.

Dated: March ___, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge