UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEDRA DE LA ROSA,                              :

              Plaintiff,         :     <u>ORDER</u>

  -v.-                                                          :
                                                       18 Civ. 3456 (AJN) (GWG)
ASPENLY CO. LLC, et al.,                       :

              Defendants.       :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

Defendant shall reply to Docket # 84 as soon as possible and in any event no later than March 12, 2020. The letter shall include a discussion of when expert disclosures under Fed. R. Civ. P. 26(a)(2) were due and what disclosures were made by each side.

      SO ORDERED.

Dated: March 10, 2020
       New York, New York

                                                            GABRIEL W. GORENSTEIN
                                                          United States Magistrate Judge