# PARKER HANSKI LLC

40 WORTH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600
Contact@ParkerHanski.com

March 12, 2020

<u>Via ECF</u>
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York

**Re:**   *Dedra De La Rosa v. Aspenly Co. LLC and Pure Green NYC 8th Street Corp*

<u>**Docket No. 1:18-cv-03456 (AJN)(GWG)**</u>

Dear Judge Nathan:

    We represent the plaintiff in the above-entitled action. We write to respectfully ask the Court to inform the court that the defendant has refused to participate in drafting and submitting the proposed trial filings that are due today. Accordingly, plaintiff hereby submits the trial filings as drafted by plaintiff.

    Thank you for your time and attention to this matter. With kindest regards, I am

very truly yours,

/s/
Glen H. Parker, Esq.