# LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Avenue • Suite 2525 • New York, New York 10170
T: 212.792-0046 • E: Jason@levinepstein.com

April 3, 2020

<u>*Via Electronic Filing*</u>
The Honorable Judge Gabriel W. Gorenstein
U.S. District Court Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      **Re:**   *De La Rosa v. Aspenly Co. LLC et al,*
              Case No.: 1:18-cv-03456

Dear Honorable Judge Gorenstein:

    This law firm represents Defendant Pure Green NYC 8th Street Corp (the "**Defendant**") in the above-referenced matter.

    Pursuant to Your Honor's Individual Motion Practice Rules 1(A) and (E), this letter respectfully serves to supplement Defendant's April 3, 2020 letter motion [Dckt. No. 99].

    Plaintiff's counsel has consented to Defendant's request for an extension of the fact discovery deadline. Assuming the current COVID-19 pandemic has been resolved, Defendant, on consent of Plaintiff's counsel, requests until July 15, 2020 to complete remaining fact discovery, with expert discovery to close on August 15, 2020.

    Thank you, in advance, for your time and attention to this matter.

                                    Respectfully submitted,

                                    LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                    By: */s/ Jason Mizrahi*
                                         Jason Mizrahi, Esq.
                                         420 Lexington Avenue, Suite 2525
                                         New York, NY 10170
                                         Tel. No.:  (212) 792-0048
                                         Email: Jason@levinepstein.com
                                         *Attorneys for Defendant Pure Green NYC*
                                         *8th Street Corp.*

VIA ECF: All Counsel