# PARKER HANSKI LLC

40 WORTH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600
Contact@ParkerHanski.com

April 10, 2020

<u>Via ECF</u>
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York

    **Re:**    *Dedra De La Rosa v. Aspenly Co. LLC and Pure Green NYC 8th Street Corp*

    **Docket No. 1:18-cv-03456 (AJN)(GWG)**

Dear Judge Nathan:

    We represent the plaintiff in the above-entitled action. Pursuant to Your Honor's Order, the parties hereby propose the following dates for trial: September 23, 24 and/or 25. Thank you for your time and attention to this matter. With kindest regards, I am

                      very truly yours,

                      /s/
                    Glen H. Parker, Esq.