# PARKER HANSKI LLC

40 WORTH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600
Contact@ParkerHanski.com

April 21, 2020

<u>Via ECF</u>
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York

**Re:** *Dedra De La Rosa v. Aspenly Co. LLC and Pure Green NYC 8th Street Corp*

**Docket No. 1:18-cv-03456 (AJN)(GWG)**

Dear Judge Nathan:

      We represent the plaintiff in the above-entitled action. Pursuant to Your Honor's Order, the parties hereby propose the following dates for trial: any day during the week of November 16, 2020 as well as December 2, 3 or 4 of 2020.  Thank you for your time and attention to this matter.  With kindest regards, I am

                                        very truly yours,

                                        /s/
                                  Glen H. Parker, Esq.