# PARKER HANSKI LLC

40 WORTH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:    212.248.5600
Contact@ParkerHanski.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2020

April 21, 2020

Via ECF

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York

> **Re:**  *Dedra De La Rosa v. Aspenly Co. LLC and Pure Green NYC 8th Street Corp*
>
> **Docket No. 1:18-cv-03456 (AJN)(GWG)**

Dear Judge Nathan:

    We represent the plaintiff in the above-entitled action. Pursuant to Your Honor's Order, the parties hereby propose the following dates for trial: any day during the week of November 16, 2020 as well as December 2, 3 or 4 of 2020.  Thank you for your time and attention to this matter.  With kindest regards, I am

very truly yours,

/s/
Glen H. Parker, Esq.

A jury trial is hereby scheduled for three days beginning on December 2, 2020.  Furthermore, a final pre-trial conference is hereby scheduled for November 13, 2020 at 11:00 a.m.
SO ORERED.

SO ORDERED.    4/27/20

Alison J. Nathan, U.S.D.J.