UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2020

Dedra De La Rosa,

            Plaintiff,

–v–

Aspensly Co. LLC, *et al.*,

            Defendants.

18-cv-3456 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A jury trial in this action is currently scheduled to begin on December 2, 2020. Dkt. No. 108. A final pretrial conference is scheduled for November 13, 2020. Id.

    Because of restraints related to COVID-19 on this District's jury program, a jury trial cannot go forward at the currently scheduled date. To keep the currently scheduled trial date, the parties would have to stipulate to a bench trial. The parties are therefore directed to confer and advise the Court if they will stipulate to a bench trial no later than August 28, 2020. If not, the Court will reschedule the jury trial to begin in 2021.

    SO ORDERED.

Dated: August 18, 2020
       New York, New York

                              ALISON J. NATHAN
                            United States District Judge