

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dedra De La Rosa,

        Plaintiff,

  –v–

Pure Green NYC 8th Street Corp.,

        Defendant.

18-cv-3456 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow civil jury trials to proceed as safely as possible during the COVID-19 pandemic. Under the centralized calendaring system currently in place, the Clerk's Office schedules up to three jury trials to begin on each day of jury selection: a primary case and up to two back-up cases that may proceed in its place if the primary case does not go forward.

    On October 27, the parties informed the Court that they wished to proceed to trial during the week of March 1, 2021. *See* Dkt. No. 130. The Court accordingly requested a jury trial for that date and the Clerk's Office has now notified the Court that this case has been placed on the jury trial list for March 2, 2021. The case must be trial-ready for that date. The case is third on the list for jury trials for that day. This means that the case will not proceed on March 2, 2021, if either of the other trials scheduled for that date go forward. If the case cannot proceed on the scheduled date, the Court will seek another jury trial date for as soon as possible thereafter. As soon as the Court confirms that the matter will proceed on March 2, 2021, it will inform the parties.

The Court previously entered a schedule for the submission of joint pretrial materials, which are due February 25, 2021.  *See* Dkt. No 130.  A final pretrial conference is scheduled for February 26, 2021, at 1:00 p.m.  *See id.*

SO ORDERED.

Dated: December 11, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge