```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dedra De La Rosa,

                Plaintiff,

    –v–

Pure Green NYC 8th Street Corp,

                Defendant.

18-cv-3456 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has been informed that the other jury trials set to begin on March 2, 2021, have been removed from the trial calendar, and thus that this case may proceed to trial on that date.

    Presently, the parties' pretrial submissions are due February 25, 2021, and the final pretrial conference is scheduled for February 26, 2021, at 1:00 p.m.  By February 12, 2021, the parties shall confirm to the Court by joint letter that they are prepared to begin trial on March 2. In their joint letter, the parties should also inform the Court whether either party intends to file any motions in limine and, if so, propose a briefing schedule for any such motions to conclude no later than February 22, 2021.

    SO ORDERED.

Dated: February 11, 2021
       New York, New York

                                      ALISON J. NATHAN
                                      United States District Judge