# PARKER HANSKI LLC

40 WORTH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600
Contact@ParkerHanski.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/2021

February 25, 2021

<u>Via ECF</u>
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York

      Re:    *Dedra De La Rosa v. Pure Green NYC 8th Street Corp*

          **Docket No. 1:18-cv-03456 (AJN)(GWG)**

Dear Judge Nathan:

      We represent the plaintiff in the above-entitled action. We write to respectfully ask the Court to extend the deadline for the pretrial submissions from February 25, 2021 to March 18, 2021. The reason for this request is that plaintiff just received today, at 1:30 PM, the defendant's modifications to plaintiff's proposed pretrial submissions. Because plaintiff does not agree with many of the defendant's modifications, plaintiff respectfully asks for the additional time to try to resolve the disagreement. And, in the event that the parties cannot agree, then the parties will need this additional time to submit a pretrial submission in compliance with Rule 6. D. of Your Honor's Individual Practices in Civil Cases ("For any requests to charge on which the parties cannot agree, each party should clearly set forth its proposed charge, as well as the grounds on which the Court should use that charge and should include citations to supporting case law sufficient to enable the Court to render a decision."). Plaintiff has asked defense counsel if they consent to this application but has not received a response.

      Moreover, pursuant to Your Honor's Order of February 16, 2021, we write to advise the Court the parties propose the following trial dates: the weeks of September 13, 2021 and/or September 20, 2021. Thank you for your time and attention to this matter. With kindest regards, I am

very truly yours,

> The deadline for pretrial submissions is extended to March 18, 2021. The final pretrial conference scheduled for February 26, 2021, is adjourned to March 25, 2021, at 11:00 a.m. The Court is not available for a trial during the weeks of September 13 and September 20. The Court is available the following week and the first two weeks in October. The parties should confer and submit a joint letter with new proposed trial dates within one week.
> SO ORDERED.

*[signature]*
SO ORDERED.   2/25/2021
ALISON J. NATHAN, U.S.D.J.